| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **United Dispenser Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **59-3721030** |
| 4. | **Debtor's address** | **Principal place of business**  **6500 NW 16th St**  **Ste 2**  **Plantation, FL 33313-4522**  Number, Street, City, State & ZIP Code  **Broward**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **6500 NW 16th St Ste 2 Plantation, FL 33313-4522**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.uniteddispenser.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **United Dispenser Services, Inc.**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor  **United Dispenser Services, Inc.**                                Case number (*if known*)
         Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____          Relationship _____
    District _____  When _____  Case number, if known _____

11. **Why is the case filed in *this district*?**  *Check all that apply:*

    ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**  *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49                  ☐ 1,000-5,000          ☐ 25,001-50,000
    ☐ 50-99                 ☐ 5001-10,000          ☐ 50,001-100,000
    ☐ 100-199               ☐ 10,001-25,000        ☐ More than 100,000
    ☐ 200-999

15. **Estimated Assets**

    ■ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

16. **Estimated liabilities**

    ■ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

| Debtor | **United Dispenser Services, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 21-20340-PDR    Doc 1    Filed 10/28/21    Page 4 of 8

| Debtor | United Dispenser Services, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 28, 2021**
MM / DD / YYYY

X **/s/ David Fay**                                    **David Fay**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Chad Van Horn**                                 Date **October 28, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Chad Van Horn**
Printed name

**Van Horn Law Group, P.A.**
Firm name

**330 N Andrews Ave Ste 450**
**Fort Lauderdale, FL 33301-1012**
Number, Street, City, State & ZIP Code

Contact phone  **(954) 765-3166**         Email address  **chad@cvhlawgroup.com**

**64500**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

**United States Bankruptcy Court**
**Southern District of Florida, Fort Lauderdale Division**

**IN RE:**                                                                                              Case No. _____

**United Dispenser Services, Inc.**_____                Chapter **11**_____
                                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 28, 2021**_____    Signature: _*/s/ David Fay*_____
                                                **David Fay, President**                                                            Debtor

Date: _____    Signature: _____
                                                                                                                          Joint Debtor, if any

```
C T CORPORATION SYSTEM, AS REP
330 N Brand Blvd Ste 700
Glendale, CA   91203-2336


C T CORPORATION SYSTEM, AS REPRESENTATIV
330 N Brand Blvd Ste Attn
Glendale, CA   91203-2308


Corporation Service Company as Rep.
PO Box 2576
Springfield, IL   62708-2576


CORPORATION SERVICE COMPANY, AS REP
PO Box 2576
Springfield, IL   62708-2576


CT Lien Solutions
PO Box 29071
Glendale, CA   91209-9071


David A. Fay
6500 NW 16th St Ste 2
Plantation, FL   33313-4522


First National Financial
6433 Topanga Canyon Blvd # 442
Canoga Park, CA   91303-2621
```

```
Internal Revenue Services
PO Box 7346
Philadelphia, PA   19101-7346


Law Offices of Gable & Heidt
4000 Hollywood Blvd Ste 735
Hollywood, FL   33021-1213


Shelter Developers of America
5009 N Hiatus Rd
City of Sunrise, FL   33351-8018


U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH ST STE 320
Birmingham, AL   35201


US Attorney for Southern District of Fla
99 NE 4th St
Miami, FL   33132-2131


Wellen Capital, LLC
600 W Jackson Blvd Ste 750
Chicago, IL   60661-5683
```