

ORDERED in the Southern District of Florida on April 18, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

UNITED DISPENSER SERVICES, INC.,

        Debtor-in-Possession.
_____/

Case No.: 21-20340-PDR
Chapter 11

**ORDER GRANTING**
**DEBTOR'S VERIFIED MOTION TO DISMISS CHAPTER 11 CASE (DE 142)**

THIS MATTER came before the Court on Thursday, April 13, 2023 at 2:00 p.m. for hearing on the Debtor's *Verified Motion to Dismiss Chapter 11 Case* (DE 142) (the "Motion"). The Court, having reviewed the Motion, noting that no objections were raised, and for the reasons stated on record, finds that good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED:**

1.     The Motion (DE 142) is **GRANTED.**

2.     The Chapter 11 case is **DISMISSED.**

3. No debts, liabilities, or obligations were discharged. The automatic stay, if any, is terminated.

4. The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and shall simultaneously file and provide to the United States Trustee appropriate operating reports indicating the cash receipts and disbursements for the relevant periods since the period reported on the last debtor-in- possession report filed by the Debtor.

5. The Debtor shall pay the Bankruptcy Clerk any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of the Order.

6. All pending motions, if any, are denied as moot. All hearings, if any, are cancelled.

7. This Court shall retain jurisdiction to enforce the provisions of this Order.

# # #

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F).*